IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.    21-mj-90004-GEB |
| VS. | |
| MAKAYLA C. NEGRON | |

INFORMATION

The United States Attorney charges that:

COUNT 1

On or about October 10, 2020, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas MAKAYLA C. NEGRON did unlawfully commit an assault by striking, beating, and wounding another, to wit: CARLOS J. NEGRON, in violation of Title 18, United States Code, Section 113(a)(4). **(Assault) (Class A Misdemeanor)**

COUNT 2

On or about October 10, 2020, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MAKAYLA C. NEGRON did knowingly damage, destroy, deface, and substantially impair the use of property, of a value of less than $1000.00, in which another had an interest without the consent of such other person, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-5813(a)(1). **(Criminal Damage to Property)(Class B Misdemeanor)**

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*/s/ Robin Graham*

ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed     1/12/2021

*Gwynne E. Birzer*
HON. GWYNNE E. BIRZER
U.S. Magistrate Judge